**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISMAEL MOJARRA LONGORIA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SPEARMAN (WARDEN) et al., ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. SACV 14-1946-CJC (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 15, 2014

JEAN ROSENBLUTH
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE